### 46031. TROPICAL UNIFORM RENTAL et al. v. MYERS et al.

EBERHARDT, Judge. This appeal arises out of the occurrence dealt with in *Perry v. Lyons*, 124 Ga. App. 211, but involves only the Myers (#1)-Wyatt (#2)-Ward (#3) collision. June Wyatt, as next friend of Dana Wyatt, her minor daughter who was allegedly injured while a guest passenger in #2, is plaintiff—Ward (#3) and his principal are defendants and third-party plaintiffs—and Myers (#1) is third-party defendant. The procedural posture need not be further stated, as the appeal raises only the question of whether the trial court properly granted summary judgment to third-party defendant Myers.

As we held in *Perry v. Lyons*, p. 211, Myers was guilty of no negligence and here, as there, the granting of summary judgment to her must be

*Affirmed. Hall, P. J., and Whitman, J., concur.*
ARGUED MARCH 9, 1971—DECIDED MAY 27, 1971.

*Adams, Adams, Brennan & Gardner, Sam P. Ingelsby, Jr.*, for appellants.

*Hitch, Miller, Beckmann & Simpson, Martin Kent*, for appellees.